Renée Welze Livingston – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLEEN FOREMAN | Case No. |
| Plaintiff, | **PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]** |
| vs. | |
| TARGET CORPORATION | **DEMAND FOR JURY TRIAL** |
| Defendants. | Complaint Filed:  03/05/19<br>Trial Date:  None<br>[Santa Clara County Superior Court Case No. 19CV344140] |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

PLEASE TAKE NOTICE that defendant TARGET CORPORATION (hereinafter "TARGET") hereby removes to this Court the state court action described below.

### JURISDICTION

1.      Defendant TARGET is informed and believes that plaintiff CARLEEN FOREMAN is a citizen of the State of California, and was at the time of the filing of the Complaint and this Petition for Removal.

2.      Defendant TARGET is a Minnesota corporation whose principal place of business is Minneapolis, Minnesota.

3.      TARGET is a publicly held corporation whose chairman and chief executive officer is Brian C. Cornell.

1    4.    Defendant TARGET is not a citizen of the state in which this action is pending.

2    5.    The matter in controversy exceeds the sum of $75,000.00, exclusive of interest,

3    attorneys' fees and costs.

4    6.    This court has jurisdiction by virtue of 28 U.S.C. §1332 and 28 U.S.C. §1441(b).

5    **GROUNDS FOR REMOVAL**

6    7.    On March 5, 2019, plaintiff Carleen Foreman commenced a civil action in Santa

7    Clara County Superior Court, Unlimited Jurisdiction, in the State of California, entitled *Carleen*

8    *Foreman v. Target Corporation.,* Case No. 19CV344140.  True and correct copies of the

9    Summons and Complaint are attached hereto and marked as **Exhibit A**.  Defendant TARGET

10    was served with the Summons and Complaint on March 12, 2019.  In said action, plaintiff seeks

11    personal injury damages under theories of premises liability for an incident that occurred when

12    she tripped over a cart rail on July 18, 2018.

13    8.    Defendant TARGET filed an Answer to plaintiff's unverified Complaint.  A true

14    and correct copy of the Answer is attached hereto and marked as **Exhibit B.**

15    9.    Plaintiff served a Statement of Damages in which she claims $350,000.00 in

16    medical expenses, $500,000.00 in loss of future earnings and $5,000,000.00 in general damages

17    for pain and suffering and emotional distress.  A true and correct copy of plaintiff's Statement of

18    Damages is attached hereto and marked as **Exhibit C**.

19    10.    This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332,

20    and the Complaint is one which may be removed to this Court by defendant TARGET pursuant

21    to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different

22    states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and

23    costs.

24    ///

25    ///

26    ///

27    ///

28    ///

1    Based on the foregoing, defendant TARGET respectfully requests that this Court accept

2    removal of this action.

3    Dated:  April 9, 2019                          LIVINGSTON LAW FIRM

4

5                                                   By:_____

6                                                       Renée Welze Livingston
                                                        Attorneys for Defendant
7                                                       TARGET CORPORATION

8

9                              DEMAND FOR JURY TRIAL

10    Pursuant to Fed. R. Civ. P. 38(b), defendant TARGET CORPORATION hereby demands

11    trial by jury in the above entitled action.

12    Dated:  April 9, 2019                          LIVINGSTON LAW FIRM

13

14                                                   By _____

15                                                       Renée Welze Livingston
                                                         Attorneys for Defendant
16                                                       TARGET CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

212

03-12-19

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Target Corporation, a Minnesota Corporation

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Carleen Foreman

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

E-FILED
3/5/2019 6:14 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
19CV344140
Reviewed By: Patricia Hernandez
Envelope: 2590424

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Santa Clara County Superior Court

CASE NUMBER:
*(Número del Caso)* 19CV344140

191 North First Street
San Jose, CA 95113

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Robert L. Mezzetti II, Mezzetti Law Firm, Inc., 31 E. Julian Street, San Jose, CA 95112, (408) 279-8400

DATE:
*(Fecha)* 3/5/2019 6:14 PM     Clerk of Court     Clerk, by *(Secretario)* Patricia Hernandez , Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Target Corporation, A Minnesota Corporation

under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)

☐ other *(specify):*

4. ☒ by personal delivery on *(date):* 03-12-19

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-PI-001

E-FILED
3/5/2019 6:14 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
19CV344140
Reviewed By: Patricia Hernandez

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Robert L. Mezzetti II, 114282; Christopher R. Mezzetti, 282287
Mezzetti Law Firm, Inc.
31 E. Julian Street
San Jose, CA 95112
TELEPHONE NO.: (408) 279-8400     FAX NO. *(Optional):* (408) 279-8448
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Carleen Foreman

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Superior Court

PLAINTIFF: Carleen Foreman

DEFENDANT: Target Corporation, a Minnesota Corporation

[✓] DOES 1 TO  1-20

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE     [✓] OTHER *(specify):* Premises Liability
[ ] Property Damage      [ ] Wrongful Death
[✓] Personal Injury       [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded    [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER:

19CV344140

1. Plaintiff *(name or names):* Carleen Foreman
alleges causes of action against defendant *(name or names):*
Target Corporation, a Minnesota Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Foreman v. Target | |

4. ☐ Plaintiff *(name)*:

  is doing business under the fictitious name *(specify)*:

  and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☑ except defendant *(name)*: Target Corporation
  (1) ☐ a business organization, form unknown
  (2) ☑ a corporation
  (3) ☐ an unincorporated entity *(describe)*:

  (4) ☐ a public entity *(describe)*:

  (5) ☑ other *(specify)*:

b. ☐ except defendant *(name)*:
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe)*:

  (4) ☐ a public entity *(describe)*:

  (5) ☐ other *(specify)*:

c. ☐ except defendant *(name)*:
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe)*:

  (4) ☐ a public entity *(describe)*:

  (5) ☐ other *(specify)*:

d. ☐ except defendant *(name)*:
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe)*:

  (4) ☐ a public entity *(describe)*:

  (5) ☐ other *(specify)*:

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☑ Doe defendants *(specify Doe numbers)*: 1-10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☑ Doe defendants *(specify Doe numbers)*: 11-20 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because *(specify)*:

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Foreman v. Target | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify):*

    Non-economic damages - pain and suffering and emotional distress.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: March 4, 2019

Christopher R. Mezzetti
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE:<br>Foreman v. Target | CASE NUMBER: |
|---|---|

<u>FIRST</u>       **CAUSE OF ACTION—Premises Liability**     Page ___4___
    *(number)*

ATTACHMENT TO   [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Carleen Foreman

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* July 18, 2018           plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*

Defendants owed Plaintiff a duty to own, design, operate, maintain, lease, control, manage, inspect, develop, construct, and offer their property, located at 1811 Hillsdale Avenue, San Jose, CA, in safe and secure manner. Defendants breached that duty by negligently owning, designing, operating, maintaining, leasing, controlling, managing, inspecting, developing, constructing, and offering their property so as to cause a dangerous conditions to Plaintiff at said property. Said dangerous conditions caused serious and substantial injuries to Plaintiff.

Prem.L-2.   [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*

Target Corporation

     [✓] Does 1 ___ to 5 _____

Prem.L-3.   [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

Target Corporation

     [✓] Does 6 ___ to 10 _____

Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.   [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*

Target Corporation

     [✓] Does 11 _____ to 15 _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*

     [✓] Does 16 _____ to 20 _____

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE:<br>Foreman v. Target | CASE NUMBER: |
|---|---|

SECOND _____    **CAUSE OF ACTION—General Negligence**    Page ___5___
    (number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Carleen Foreman

       alleges that defendant *(name):*  Target Corportation

             ☑ Does   1 _____   to   20 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  July 18, 2018
at *(place):*  Target Store located at 1811 Hillsdale Avenue, San Jose, California

*(description of reasons for liability):*

Defendant owned, designed, controlled, operated, maintained, leased, managed, inspected,
developed, constructed and offered a retail store at the above-referenced address.  Defendant
owed Plaintiff a duty to own, design, control, operate, maintain, lease, manage, inspect, develop,
construct and offer the property in a safe and secure manner. Defendant breached that duty by
negligently owning, designing, controlling, operating, maintaining, leasing, managing, inspecting,
developing, constructing, and offering the property so as to cause a dangerous condition to
Plaintiff at said property, which caused Plaintiffs serious and substantial injuries.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

EXHIBIT B

1    Renée Welze Livingston – SBN 124280
     LIVINGSTON LAW FIRM
2    A Professional Corporation
     1600 South Main Street, Suite 280
3    Walnut Creek, CA  94596
     Tel:  (925) 952-9880
4    Fax: (925) 952-9881
     Email: rlivingston@livingstonlawyers.com
5
     Attorneys for Defendant
6    TARGET CORPORATION

7

8                  SUPERIOR COURT OF CALIFORNIA

9           COUNTY OF SANTA CLARA – UNLIMITED CIVIL

10   CARLEEN FOREMAN           )   Case No. 19CV344140
                               )
11               Plaintiff,         )   **ANSWER OF DEFENDANT TARGET**
                               )   **CORPORATION**
12      vs.                    )
                               )   Complaint Filed:  03/05/19
13   TARGET CORPORATION       )   Trial Date:  None
                               )
14             Defendants.       )
                               )
15

16       COMES NOW defendant TARGET CORPORATION and answers the Complaint of

17 plaintiff CARLEEN FOREMAN as follows:

18                           **GENERAL DENIAL**

19       Under the provisions of Code of Civil Procedure section 431.30, defendant denies

20 generally and specifically, conjunctively and disjunctively, each and every allegation contained

21 in the Complaint and further denies that plaintiff has sustained damages in any sum or sums

22 alleged, or any other sum or at all, as a result of any act or omission by or on behalf of this

23 answering defendant.

24                        **AFFIRMATIVE DEFENSES**

25       1.      **AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE,** this answering

26 defendant alleges plaintiff fails to state a cause of action upon which relief can be granted against

27 this answering defendant.

28 ///

1    2.    **AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE,** this

2  answering defendant alleges plaintiff was concurrently and comparatively negligent and/or

3  careless in and about the matters referred to in said Complaint on file herein, and that said

4  carelessness and negligence on plaintiff's own part proximately and directly contributed to and

5  caused the injuries, loss and damages complained of by plaintiff, if any there were.

6    3.    **AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE,** this answering

7  defendant alleges the injuries and damages complained of by plaintiff, if any, were either wholly

8  or in part proximately caused by the negligence or other wrongful acts or omissions of persons or

9  entities other than this answering defendant, and that said negligence and/or wrongful acts or

10  omissions either are imputed to plaintiff by reason of her relationship with said persons or

11  entities, or comparatively reduce the proportion of negligence and corresponding liability of this

12  answering defendant, if any, which liability is specifically denied.

13    4    **AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE,** this

14  answering defendant alleges that each of the causes of action asserted in plaintiff's Complaint is

15  barred by the statute of limitations set forth in Code of Civil Procedure section 335.1.

16    5.    **AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE,** this answering

17  defendant alleges plaintiff failed to exercise reasonable care and diligence to avoid loss and to

18  minimize and mitigate her damages, if any there were, and this failure to mitigate damages alone

19  aggravated any injuries or damages to plaintiff, if any, and therefore precludes or reduces

20  recovery against this answering defendant.

21    6.    **AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE,** this answering

22  defendant contends that if liability is assessed against it, pursuant to Civil Code section 1431 *et*

23  *seq.*, defendant shall be liable only for the amount of non-economic damages allocated to it in

24  direct proportion to the percentage of fault assessed against it by the trier of fact and requests that

25  a separate judgment be rendered against it for that amount; but defendant in setting forth this

26  affirmative defense makes no admission it is liable to plaintiff in any amount or in any

27  proportion; and defendant, in setting forth this affirmative defense, makes no admission plaintiff

28  has been damaged in any sum or sums at all.

1    7.    **AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** this

2    answering defendant alleges plaintiff had express knowledge of the risks and hazards set forth in

3    the Complaint, as well as the magnitude of the risks and hazards, and therefore knowingly and

4    willingly assumed those risks.

5    8.    **AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE,** this

6    answering defendant alleges that no dangerous condition existed on the premises and defendant

7    had no knowledge or notice of any allegedly dangerous condition.

8    9.    **AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE,** this answering

9    defendant alleges plaintiff had no notice of any allegedly dangerous condition of the premises

10   alleged in the Complaint, but that any such allegedly dangerous condition was open and obvious

11   to plaintiff.

12   10.   **AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** this answering

13   defendant alleges it provided reasonable and adequate warning regarding the condition of the

14   premises.

15   WHEREFORE, this answering defendant prays that plaintiff take nothing by said

16   Complaint, this answering defendant have judgment for costs of suit incurred herein, and for

17   such other and further relief as the Court may deem just and proper.

18   Dated:  April 8, 2019                          LIVINGSTON LAW FIRM

19

20                                                  By

21                                                     Renée Welze Livingston
                                                       Attorneys for Defendant
22                                                     TARGET CORPORATION

23

24

25

26

27

28

---

*Foreman v. Target Corporation*, Case No. 19CV344140
ANSWER OF DEFENDANT TARGET CORPORATION
-3-

1

**PROOF OF SERVICE**

2

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action.  My business address is 1600 South Main Street, Suite 280, Walnut Creek, California 94596.  On the date set forth below, I served the following document(s):

3

4

ANSWER OF DEFENDANT TARGET CORPORATION

5

upon the following at the address(es) stated below:

6

7

Christopher R. Mezzetti, Esq.
Robert L. Mezzetti, Esq.
Mezzetti Law Firm, Inc.
31 E Julian Street
San Jose, CA 95112
Tel: (408) 279-8400
Fax: (408) 279-8448
Email:  chris@mezzettilaw.com
           rob@mezzettilaw.com

8

9

10

11

12

*Attorneys for Plaintiff Carleen Foreman*

13

14

Service was accomplished as follows:

15

16

**BY US MAIL, According to Normal Business Practices.**  At my place of business at the above address, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service.  I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service.  Correspondence so collected and processed is deposited with the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

17

18

19

20

21

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 9, 2019, at Walnut Creek, California.

22

23

Allison Cook

24

25

26

27

28

*Case Name; Case No.*

-1-

# EXHIBIT C

CIV-050

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | FOR COURT USE ONLY |
|---|---|---|
| Robert L Mezzetti    SBN: 114282 | TELEPHONE NO.: 408-279-8400 | |
| MEZZETTI LAW FIRM, INC. | | |
| 31 E. Julian Street | | |
| San Jose, CA 95112 | | |
| ATTORNEY FOR *(name):*  Plaintiff Carleen Foreman | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95112
BRANCH NAME: Civil Division Courthouse

PLAINTIFF: Carleen Foreman
DEFENDANT: Target Corporation, a Minnesota Corporation

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER:

To *(name of one defendant only):* Target Corporation, a Minnesota Corporation
Plaintiff *(name of one plaintiff only):* Carleen Foreman
seeks damages in the above-entitled action, as follows:

AMOUNT

**1. General damages**

a. ☑ Pain, suffering, and inconvenience ......................................................................................... $ 2,500,000.00

b. ☑ Emotional distress. ............................................................................................................... $ 2,500,000.00

c. ☐ Loss of consortium ............................................................................................................... $ _____

d. ☐ Loss of society and companionship *(wrongful death actions only)* ..................................... $ _____

e. ☐ Other *(specify)* ................................................................................................................... $ _____

f. ☐ Other *(specify)* ................................................................................................................... $ _____

g. ☐ Continued on Attachment 1.g.

**2. Special damages**

a. ☑ Medical expenses *(to date)* ................................................................................................ $ 150,000.00

b. ☑ Future medical expenses *(present value)* ........................................................................... $ 200,000.00

c. ☐ Loss of earnings *(to date)* ................................................................................................. $ _____

d. ☑ Loss of future earning capacity *(present value)* ................................................................. $ 500,000.00

e. ☐ Property damage ................................................................................................................. $ _____

f. ☐ Funeral expenses *(wrongful death actions only)* ................................................................ $ _____

g. ☐ Future contributions *(present value) (wrongful death actions only)* ................................... $ _____

h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ..................... $ _____

i. ☐ Other *(specify)* ................................................................................................................... $ _____

j. ☐ Other *(specify)* ................................................................................................................... $ _____

k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
   when pursuing a judgment in the suit filed against you.

Date:  March 4, 2019

Christopher Mezzetti
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov