UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLEEN FOREMAN,<br>    Plaintiff,<br>v.<br>TARGET CORPORATION,<br>    Defendant. | Case No. 19-cv-01934-SVK<br><br>**FURTHER ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 23 |

The parties have presented reasons why additional time is necessary to complete the settlement and file a dismissal. ECF 23. The Court will grant the request but notifies the parties that if a dismissal is not filed by the extended deadline, the case will be returned to the active case calendar immediately and set for trial on an expedited schedule.

By **May 4, 2020**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **May 5, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**SO ORDERED.**

Dated: March 11, 2020

SUSAN VAN KEULEN
United States Magistrate Judge